**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**SETH THOMAS COPES**                                            **PETITIONER**

**V.**                                          **CIVIL ACTION NO.: 1:23-CV-109-SA-DAS**

**STATE OF MISSISSIPPI,
BURL CAIN, COMMISSIONER OF THE
MISSISSIPPI DEPARTMENT OF CORRECTIONS,
LYNN FITCH, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI**                                         **RESPONDENTS**

**ORDER**

Upon consideration of the petition in the above-entitled action, it is **ORDERED**:

1. No later than October 23, 2023, the respondents, through the Attorney General of the State of Mississippi, must file a response to this petition, along with full transcripts of all proceedings in the state courts of Mississippi arising from the conviction for two counts of sexual battery and forty-year sentence against the petitioner in the Circuit Court of Lowndes County, Mississippi, if said transcripts are relevant to the response.

3. Within fourteen days of service upon him of a copy of the respondent's response, the petitioner may file his reply to the allegations contained in the response.

4. The Clerk of Court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant Attorneys General Jerrolyn Owens, Erin Rutherford, and Bridgette Grant. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

**SO ORDERED**, this the 24th day of August, 2023.

                                                                                   /s/ David A. Sanders
                                                                                   **UNITED STATES MAGISTRATE JUDGE**