IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**SETH THOMAS COPES**     **PETITIONER**

**v.**     **No. 1:23CV109-SA-DAS**

**STATE OF MISSISSIPPI, ET AL.**     **RESPONDENTS**

## ORDER DISMISSING PETITION

This matter comes before the court on the Suggestion of Death filed by counsel for the petitioner, noting that the petitioner "died while in the custody of the Mississippi Department of Corrections while this matter was pending." As the petitioner has died, under Fed. R. Civ. P. 25(a)(1), the claims in instant petition are extinguished, and the instant case is **DISMISSED** with prejudice.

**SO ORDERED**, this, the 17th day of January, 2025.

/s/ Sharion Aycock
U. S. DISTRICT JUDGE